[No. 30999-4-I.    Division One.    April 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN D. CURTIS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-1-00242-9, Michael F. Moynihan, J., entered June 18, 1992. *Reversed* by unpublished opinion per Becker, J., concurred in by Coleman and Kennedy, JJ.

[No. 34316-5-I.    Division One.    April 10, 1995.]

AMERICAN ECONOMY INSURANCE COMPANY, *Appellant*, v. TEENA MARIE, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-2-05156-3, David F. Hulbert, J., entered March 4, 1994. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 34001-8-I.    Division One.    April 10, 1995.]

SAMBUK INTERNATIONAL, INC., *Appellant*, v. TRUSTHOUSE FORTE CALIFORNIA., INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 92-2-25292-9, Michael J. Fox, J., entered December 17, 1993. *Affirmed* by unpublished opinion per Pekelis, C.J., concurred in by Webster and Becker, JJ.

[No. 33459-0-I.    Division One.    April 10, 1995.]

ROMMEL FREITAG, ET AL, *Respondents*, v. FRANK W. McGHIE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-2-01516-0, David F. Hulbert, J., entered February 18, 1994. *Reversed* and *remanded* by unpublished opinion per Baker, A.C.J., concurred in by Coleman and Kennedy, JJ.